TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

December 23, 2015

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311

201-342-6665

Honorable Steven I. Locke
United States Magistrate Judge
100 Federal Plaza
Central Islip, New York 11722

<u>United States v. Rizwan Ahmed</u>
15 MJ 1056

Dear Judge Locke:

      Defendant Ahmed Rizwan is currently at liberty on a $500,000 bond that contains conditions including the restriction of his travel to Southern and Eastern Districts of New York. On Monday, December 28, defendant's car lease expires and he needs travel to the dealership in Saddle Brook, New Jersey to turn his car in. For this reason, defendant respectfully requests permission to travel to Saddle Brook, New Jersey in the afternoon of December 28, 2015. The Government, by Assistant United States Attorney Lara Gatz, and Pretrial Services, by United States Pretrial Services Officer Robert Stehl, do not object to this application.

      Thank you for Your Honor's consideration of this request.

Very truly yours,

Sanford Talkin

cc:    AUSA Lara Gatz (by email)
       USPTO Robert Stehl (by email)